**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The Initial Case Management Conference, which is presently set for June 4, 2026, at 10:00 a.m., is hereby continued to: _August 6, 2026, at 10:00 a.m._____.

Dated: _May 21, 2026_____

_____
Honorable Richard Seeborg
United States District Court Judge

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*Perry. v. San Mateo-Foster City School District;* USDC Northern District of California Case No. 3:26-cv-00309-RS