**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

BRENDA D. PERRY,

Plaintiff,

v.

SAN MATEO-FOSTER CITY SCHOOL DISTRICT, et al.,

Defendants.

Case No. 3:26-cv-00309-RS

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF STUDENT RECORDS**

**~~[PROPOSED]~~ ORDER**

Having considered Plaintiff's Motion to Compel Disclosure of Student Records, the papers submitted in support and in opposition, and the record in this action, and good cause appearing, the Court ORDERS as follows:

1. Plaintiff's motion is GRANTED.

2. Defendant San Mateo-Foster City School District shall serve further verified responses to Plaintiff's Interrogatories, Set Two, Nos. 7 and 8, without objection, on the schedule set forth in paragraph 4 below.

3. This Order constitutes a judicial order within the meaning of 20 U.S.C. § 1232g(b)(2)(B), 34 C.F.R. § 99.31(a)(9), and California Education Code § 49077, authorizing the District's disclosure of the information described in Interrogatory Nos. 7 and 8.

4. To satisfy the notice requirement of 20 U.S.C. § 1232g(b)(2)(B) and 34 C.F.R. § 99.31(a)(9)(ii), the District shall serve a copy of this Order on the parents and guardians of G.M. within three (3) days of the date of this Order, and shall file a certificate of service with the Court. Those parents and guardians shall have fourteen (14) days from the date of service in which to

seek protective action in a filing with the court. If no protective action is sought within that period, the District shall serve the further responses required by paragraph 2 within fourteen (14) days thereafter.

5. The information disclosed pursuant to this Order shall be produced pursuant to a protective order. The parties are ORDERED to file a stipulated protected order with the court within seven days of the end of the fourteen-day period for objections above. The parties are encouraged to use the Northern District of California's Model Protective Order. ~~is designated CONFIDENTIAL. It shall be used solely for purposes of this litigation, including effecting service of process on Defendants G.M., John Doe, and Jane Doe. It shall not be disclosed to any person other than Plaintiff, Plaintiff's counsel and their staff, any process server retained to effect service, and the Court. It shall not be filed in the public record. Plaintiff shall continue to refer to the minor Defendant by his initials in all publicly filed documents. Plaintiff's counsel shall not reveal the disclosed information to persons unconnected with this litigation, and upon final resolution of this action shall return or destroy all copies not required to be retained.~~

6. Nothing in this Order requires the District to disclose, and Plaintiff does not seek, G.M.'s academic records, disciplinary records, health records, special-education records, or any other education record beyond the information described in Interrogatory Nos. 7 and 8.

7. The time to serve Defendants G.M., John Doe, and Jane Doe under Federal Rule of Civil Procedure 4(m) is extended to sixty (60) days following the District's service of the further responses required by paragraph 2.

IT IS SO ORDERED.

Dated: August 26, 2026

ROBERT M. ILLMAN
United States Magistrate Judge